UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **EDCV 16-2654-MWF(AGRx)**                                Dated: **March 7, 2018**

Title:    Sream, Inc. -v- R. Babu Enterprises, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Rita Sanchez                                None Present
    Courtroom Deputy                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                None Present

PROCEEDINGS (IN CHAMBERS):       COURT ORDER

    In light of the Notice of Settlement [30] filed March 6, 2018, the Court sets a hearing on Order To Show Cause Re Dismissal for April 16, 2018 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other dates are hereby vacated.

    IT IS SO ORDERED.

MINUTES FORM 90                                         Initials of Deputy Clerk   rs
CIVIL - GEN

-1-