JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>R. BABU ENTERPRISES, INC., *et al.*,<br><br>Defendants. | Case No. 5:16-cv-02654-MWF-AGR<br>Hon. Michael W. Fitzgerald<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT AND ENTIRE ACTION**<br>**[F.R.C.P. 41(a)(1)(A)(ii)]** |

**ORDER DISMISSING THE ACTION**

# ORDER DISMISSING THE ACTION

The Court has before it Plaintiff Sream, Inc. ("**Sream**" or "**Plaintiff**") and Defendant R. Babu Enterprises, Inc.'s ("**R. Babu**") Joint Stipulation Dismissing Plaintiff's Complaint And Entire Action pursuant to F.R.C.P. 41(a)(1)(A)(ii). Having considered the parties' stipulation, THE COURT HEREBY ORDERS THAT:

1. Plaintiff's Complaint and the Entire Action shall be and hereby are dismissed *with prejudice*.
2. The other terms of the settlement shall remain confidential.
3. The parties are to bear their own attorneys' fees and costs.
4. The Central District of California Shall retain jurisdiction over Sream and R. Babu arising from or related to any future dispute over the confidential settlement agreement.

IT IS SO ORDERED.
DATED: March 26, 2018

_____
Hon. Michael W. Fitzgerald
United States District Court Judge